**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| DEREK MCDONALD, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * |
| FAULKNER COUNTY JAIL, | *   No. 4:11-cv-00846-SWW-JJV |
| Unit 1 & 2, Medical Department; *et al.,* | * |
| | * |
| Defendants. | * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Faulkner County Jail, Unit 1 & 2, Medical Department, and Lt. Andrews should be DISMISSED as defendants from this cause of action, pursuant to 28 U.S.C. § 1915(e)(2), for Plaintiff's failure to state a claim upon which relief may be granted.

2. If plaintiff wants to add defendants, he may file a motion for leave to amend his complaint.

DATED this 24th day of July, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE