# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| DEREK MCDONALD, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 4:11CV00846JJV |
| FAULKNER COUNTY JAIL, | * |
| Unit 1 & 2, Medical Department; *et al.*, | * |
| | * |
| Defendants. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 2nd day of July, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE